```
                                          FILED
                                       GREAT FALLS DIV.

                                       2009 MAY 12  PM 4 14

                                       PATRICK E. DUFFY, CLERK
                                       BY_____
                                           DEPUTY CLERK
```

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF MONTANA

# GREAT FALLS DIVISION

| | |
|---|---|
| CRYSTAL D. DeCOTEAU,<br><br>        Plaintiff,<br><br>vs.<br><br>MICHAEL O. LEAVITT, DEPT. OF HEALTH AND HUMAN SERVICES, and IHS,<br><br>        Defendants. | No. CV 08-88-GF-SEH<br><br>**ORDER** |

On March 25, 2009, United States Magistrate Judge Keith Strong entered Findings and Recommendations[1] in this matter. Plaintiff did not file objections. No review is required of proposed findings and recommendations to which no

---

[1] Docket No. 5.

-1-

objection is made. Thomas v. Arn, 474 U.S. 140, 149-152 (1986). However, this Court will review Judge Strong's Findings and Recommendations for clear error.

Upon review, I find no clear error in Judge Strong's Findings and Recommendations and adopt them in full.

ORDERED:

1.   The Complaint[2] is DISMISSED WITH PREJUDICE.

2.   A certificate of appealability is DENIED. Any appeal would be taken in bad faith as the Complaint fails to state a claim upon which relief may be granted.

DATED this 12th day of May, 2009.

/s/ Sam E. Haddon
SAM E. HADDON
United States District Judge

---

[2] Docket No. 2.